# EXHIBIT B

COUNTY
STATE OF NEW YORK  SUPREME COURT

JANINE LINTON,

                  against

FRONTIER AIRLINES INC.,

Plaintiff(s)

Defendant(s)

INDEX# 11/30/2017
Date filed

STATE OF NEW YORK              COUNTY OF ALBANY

# SECRETARY OF STATE - AFFIDAVIT OF SERVICE

**PAUL J. SANTSPREE JR.** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **12/5/2017** at **3:50 PM,** at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served a true copy of a

**NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING, SUMMONS AND VERIFIED COMPLAINT,**

on **FRONTIER AIRLINES, INC., Defendant** in this action.

By delivering to and leaving with **SUE ZOUKY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**    Description of the Recipient is as follows:

A Female with White skin, Brown hair, who is approximately 48 years of age and has an approximate height of 5' 2" and approximate weight of 135 pounds.

Other identifying features are as follows: None.

*PAUL J. SANTSPREE JR.*
Process Server

State of New York
County of Albany

Sworn to before me on This 5th day of December 2017

Notary Public - Michelle M. Santspree

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2021

Emily M. Corbett
Notary Public, State of New York
No. 01CO6299470
Qualified in Rensselaer County
Commission Expires March 24, 2018

JOSEPH C. LEVINE - 15 THIXTON DRIVE - HEWLETT, NY 11557 - 516-404-7288