UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JANINE LINTON,

                       Plaintiff,

-against-

FRONTIER AIRLINES, INC.,

                       Defendant.
-------------------------------------------------------------x

Docket No.: 18 cv 000044

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Michael J. Crowley of Connell Foley LLP hereby enters an appearance on behalf of defendant, FRONTIER AIRLINES, INC.

Dated: New York, New York
         February 27, 2018

                                                   **CONNELL FOLEY LLP**

                                                   **MICHAEL J. CROWLEY**
                                                   **MICHAEL BOJBASA**
                                                   For the Firm
                                                   Attorneys for the Defendant
                                                   **FRONTIER AIRLINES, INC.**
                                                   888 Seventh Avenue, 9th Floor
                                                   New York, New York 10106
                                                   (212) 307-3700

**TO:**    **JANAI JACKSON, ESQ.**
           **JACKSON LEGAL GROUP P.C.**
           Attorneys for Plaintiff
           807 Kings Highway - 2nd Floor
           Brooklyn, New York 11223
           (718) 872-7407

4410997-1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

DAWN CAMMAYO, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Matawan, New Jersey.

On February 28, 2018, deponent served the within **NOTICE OF APPEARANCE** upon:

**JANAI JACKSON, ESQ.**
**JACKSON LEGAL GROUP P.C.**
Attorneys for Plaintiff
807 Kings Highway - 2nd Floor
Brooklyn, New York 11223
(718) 872-7407

being the addresses designated by said attorneys/parties for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DAWN CAMMAYO

Sworn to before me this
28th day of February, 2018

_____
Notary Public

MONICA CRUZ
Notary Public, State of New York
No. 01CR6223670
Qualified in Bronx County
Commission Expires June 14, 2018

4410997-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK           Docket No.: 18 cv 000044

---

JANINE LINTON,

                                                        Plaintiff,

-against-

FRONTIER AIRLINES, INC.,

                                                    Defendants.

---

### NOTICE OF APPEARANCE

---

**CONNELL FOLEY LLP**
*Attorneys for Defendant*
*FRONTIER AIRLINES, INC.*
888 Seventh Avenue - 9th Floor
New York, New York 10106
Tel.: (212) 307-3700
Fax: (212) 262-0050

4233531-1