UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
============================================X

JANINE LINTON

                       Plaintiff,

   -against-

FRONTIER AIRLINES INC.


                      Defendants.
============================================X

Docket No.: 18 cv 000044

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that Janai N. Jackson of Jackson Legal Group P.C. hereby enters an appearance on behalf of defendant, JANINE LINTON.

Dated: New York
       March 1, 2018

                                                  JACKSON LEGAL GROUP P.C.
                                                  By: Janai Jackson, Esq.
                                                  Attorneys for Plaintiff
                                                  JANINE LINTON
                                                  807 Kings Highway – 2nd Floor
                                                  Brooklyn, NY 11223
                                                  (718) 872 – 7407

To:    **CONELL FOLEY LLP**
       **Michael J. Crowley**
       Attorneys for Defendant
       888 Seventh Avenue, 9th Floor
       New York, NY 10106
       (212) 307 -3700

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF KINGS     )

STEPHANIE JAMES, being duly sworn, deposes and says: I am not a party to the within action, over the age of 18 years, and resides in the County of King, City and State of New York.

On March 1st, 2018, I served the within NOTICE OF APPEARANCE upon:

TO:   **CONELL FOLEY LLP**
      **Michael J. Crowley**
      Attorneys for Defendant
      888 Seventh Avenue, 9th Floor
      New York, NY 10106
      (212) 307 -3700

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to each of the above named persons at the last known address set forth after each name.

_____
STEPHANIE JAMES,

Sworn to before me this
1st day of March 2018.

_____
Notary Public



UNITED STATES DISTRICT COURT  Docket No.: 18 cv 000044
EASTERN DISTRICT OF NEW YORK

---

JANINE LINTON

          Plaintiff,

     -against-

FRONTIER AIRLINES INC.

    Defendant(s)

---

### NOTICE OF APPEARANCE

---

JACKSON LEGAL GROUP P.C.
Attorneys for Plaintiffs
Office and Post Office Address, Telephone
807 Kings Highway – 2nd Floor
Brooklyn, NY 11223
(718) 872-7407

---