## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF KINGS    )

STEPHANIE JAMES, being duly sworn, deposes and says: I am not a party to the within action, over the age of 18 years, and resides in the County of King, City and State of New York.

On April 10th, 2018, I served the within **PLAINTIFF'S INTIAL DISCLOSURES** upon:

TO:   **CONELL FOLEY LLP**
      **Michael J. Crowley**
      Attorneys for Defendant
      888 Seventh Avenue, 9th Floor
      New York, NY 10106
      (212) 307-3700

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to each of the above named persons at the last known address set forth after each name.

_____
STEPHANIE JAMES

Sworn to before me this
10TH day of April 2018

_____
Notary Public

[Notary Seal: ALEXIS WALKER, NOTARY PUBLIC, NO. 01WA6346748, QUALIFIED IN KINGS COUNTY, COMM. EXP. 08/22/2020, STATE OF NEW YORK]