

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700  F 212.262.0050

**Michael Bojbasa**
Of Counsel
MBOJBASA@CONNELLFOLEY.COM

May 31, 2018

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    Janine Linton v. Frontier Airlines, Inc.
             Index No.: 18 CV 00044
             <u>CF File: 16489/122476</u>

Dear Judge Tiscione:

    We represent the Defendant in the referenced action and write on behalf of both parties. Currently there is a settlement conference scheduled before Your Honor on June 6, 2018 at 2:30 p.m. The parties request that the settlement conference be cancelled in light of the fact that they do not believe the conference will prove fruitful at this juncture and they do not wish to waste the Court's time.

    The parties have exchanged initial disclosures and Phase I discovery, with Plaintiff also recently conveying a settlement demand. However, additional discovery, in particular party depositions, an examination of Plaintiff by Defendant's medical expert, and the acquisition of additional medical records, are needed in order for the parties to properly assess the matter for meaningful settlement discussions. The parties have conferred and would like to move forward with discovery pursuant to the scheduled deadlines set forth by Your Honor at the initial conference. To the extent that during the course of discovery the parties believe that a settlement conference may lead to resolution of the matter, they will of course contact the Court to schedule a conference or receive a referral to mediation.

May 31, 2018
Page 2

Your Honor's consideration of this request is greatly appreciated.

Respectfully,

Michael Bojbasa

MB/dzc

cc: **VIA ECF**
Janai Jackson, Esq.
Jackson Legal Group, P.C.
807 Kings Highway - 2nd Floor
Brooklyn, New York 11223

4555418-1