

**A TRADITION OF LEGAL EXCELLENCE SINCE 1938**

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700   F 212.262.0050

**Michael Bojbasa**
Of Counsel
MBOJBASA@CONNELLFOLEY.COM

August 9, 2018

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    Janine Linton v. Frontier Airlines, Inc.
              Index No.: 18 CV 00044
              <u>CF File: 16489/122476</u>

Dear Judge Tiscione:

      We represent the Defendant in the referenced action and write on behalf of both parties. The parties apologize for failing to file this status report by the August 1st deadline.

      Defendant served its initial discovery demands on June 18, 2018 and received responses to the First Set of Interrogatories on July 20th. However, Plaintiff's responses to the interrogatories were not verified by Plaintiff pursuant to Rule 33 of the FRCP. Defendant has not received responses to the Second Set of Interrogatories, which addressed the identification of Plaintiff's expert witnesses, and Defendant's Request for Production of Documents. Both of these demands were previously served on June 18th as well.

      Defendant sent a letter to Plaintiff's counsel on August 3rd, requesting the overdue discovery as set forth above. In addition, by said letter Defendant has also requested authorizations for additional medical providers Plaintiff has treated with, Plaintiff's employers, and Plaintiff's tax returns (as lost wages are being claimed). Defendant has requested that the aforementioned discovery be provided by August 17, so that the parties can proceed to schedule depositions.

August 9, 2018
Page 2

    Plaintiff served interrogatories and a request for the production of documents on July 18th. Defendant is working on providing timely responses to said demands which are due on August 20th.

Respectfully,

*[signature]*

Michael Bojbasa

MB/dzc

cc: **VIA ECF**
    Janai Jackson, Esq.
    Jackson Legal Group, P.C.
    807 Kings Highway - 2nd Floor
    Brooklyn, New York 11223