## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                                   Docket No.: 18 cv 000044

JANINE LINTON,

                                                        Plaintiff,

-against-

FRONTIER AIRLINES, INC.,

                                                        Defendants.

STEPHANIE JAMES, being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years, and resides in KINGS COUNTY, NEW YORK.

On the 27TH day of August, 2018, I served the within PLAINTIFF'S DEMAND FOR PRODUCTION, PLAINTIFF'S DEMAND FOR INTERROGATORIES and PLAINTIFF'S RESPONSE TO INTERROGATORIES upon:

TO:   **CONELL FOLEY LLP**
        **Michael J. Crowley**
        Attorneys for Defendant
        Frontier Airlines, INC
        888 Seventh Avenue, 9th Floor
        New York, NY 10106
        (212) 307-3700

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to each of the above named persons at the last known address set forth after each name.

                                                              STEPHANIE JAMES

Sworn to before me this
27th day of August, 2018.

Notary Public

