AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| EASTERN | District of | NEW YORK |
|---|---|---|

JANINE LINTON

Plaintiff (s),

V.

FRONTIER AIRLINES, INC.

Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18 CV 000044

Notice is hereby given that, subject to approval by the court, JANINE LINTON substitutes
(Party (s) Name)

OKUN, ODDO & BABAT, P.C. , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of JACKSON LEGAL GROUP, P.C.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        OKUN, ODDO & BABAT, P.C.
Address:          8 West 38th Street, Suite 1002, New York, NY 10018
Telephone:        (212) 642-0950                    Facsimile (212) 642-0953
E-Mail (Optional): ebabat@ooblaw.com

I consent to the above substitution.
Date:      12-5-2018
                                                    (Signature of Party (s))

I consent to being substituted.
Date:      12-5-2018
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:      12-5-2018
                                                    (Signature of New Attorney)
                                                    ERIC M. BABAT (EB5573)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]