AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANINE LINTON <br> *Plaintiff* <br> v. <br> FRONTIER AIRLINES, INC. <br> *Defendant* | ) ) ) ) ) Case No. 18 CV 000044 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JANINE LINTON - Plainitff

Date:   12/07/2018

*Attorney's signature*

ERIC M. BABAT, ESQ. (EB-5573)
*Printed name and bar number*

c/o OKUN, ODDO & BABAT, P.C.
8 West 38th Street, Suite 1002
New York, New York 10018

*Address*

ebabat@ooblaw.com
*E-mail address*

(212) 642-0950
*Telephone number*

(212) 642-0953
*FAX number*