## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 8, 2019 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-18-44 (ENV) |
| **NAME OF CASE(S):** | **LINTON V. FRONTIER AIRLINES INC.** |
| **FOR PLAINTIFF(S):** | Failed to appear |
| **FOR DEFENDANT(S):** | Bojbosa |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 10:38 - 10:42 |

### RULINGS FROM STATUS CONFERENCE:

Plaintiff has retained a new attorney and the parties are in the process of preparing expert reports. Due to the addition of at least one new expert, the parties may need additional time to complete expert discovery. Parties are to confer and file a motion if they need additional time. Parties will also advise the Court when a settlement conference would be productive. Counsel shall electronically file a status report by March 8, 2019.

Plaintiff's counsel is reminded that it is his responsibility to monitor the status of this case in order to avoid missing conferences and deadlines.