## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 29, 2019 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-18-44 (ENV) |
| **NAME OF CASE(S):** | **LINTON V. FRONTIER AIRLINES, INC.** |
| **FOR PLAINTIFF(S):** | Babat |
| **FOR DEFENDANT(S):** | Bojbasa |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 10:07 - 10:11 |

### RULINGS FROM STATUS CONFERENCE:

Parties report that they are finishing expert discovery and intend to pursue mediation.  Parties will advise the Court if a settlement conference would be productive.  All discovery deadlines remain unchanged.