

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700   F 212.262.0050

**Michael Bojbasa**
Of Counsel
MBOJBASA@CONNELLFOLEY.COM

May 21, 2019

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Janine Linton v. Frontier Airlines, Inc.**
               **Index No.: 18 CV 00044**
               **CF File: 16489/122476**

Dear Judge Tiscione:

      We represent the Defendant in the referenced action and write on behalf of both parties to request an extension of time to complete discovery, and extension of the deadline for beginning dispositive motion practice.

      The parties completed the deposition of Defendant's aviation safety expert on 5/10/19 and have agreed to pursue a private mediation, as the parties advised the Court at the last conference on 4/29/19. However, Plaintiff's counsel has advised that he was informed by Plaintiff that has she has recently started undergoing psychotherapy treatments. Plaintiff's counsel has provided our office with an authorization to obtain the records from the facility, which was processed last week, but it will take some additional time to acquire the records. Plaintiff's counsel is likewise trying to obtain the records.

      Plaintiff's counsel has advised that he has not yet determined if he will be amending/supplementing the injury claims and that he must review the medical records first. Depending on the records, there may be the need for a further deposition of Plaintiff, as well as an examination by an appropriate expert for the Defendant. Plaintiff's counsel may wish to serve a disclosure for an additional expert as well.

      The current deadline for the completion of all discovery is 5/24/19 and the parties request an additional sixty (60) days to complete discovery. Despite the remaining discovery, the parties do plan to move forward with scheduling mediation, so that it can

May 21, 2019
Page 2

be held within the same timeframe, rather than waiting until after this small amount of remaining discovery is completed.

The parties just recently completed the depositions of their liability experts, however the transcripts of the testimony have not yet been received. The current deadline for the parties to take the first step to begin dispositive motion practice is 5/31/19. The parties request an extension of the deadline of two weeks, until 6/14/19, as the parties should be able to obtain and review the transcripts by that time.

There have been extensions previously granted for expert discovery, both to Plaintiff's counsel and Defendant's counsel.

Your Honor's favorable consideration of this request will be greatly appreciated.

Respectfully,

Michael Bojbasa

MB/dzc

cc: **VIA ECF**
Eric M. Babat, Esq.
Okun Oddo & Babat, P.C.
8 West 38th Street, 10th Floor
New York, New York 10018

5040520-1