

**CONNELL FOLEY**

A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700  F 212.262.0050

**Michael Bojbasa**
Of Counsel
MBOJBASA@CONNELLFOLEY.COM

July 1, 2019

**VIA ECF**
U.S. District Judge Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    Janine Linton v. Frontier Airlines, Inc.
          **Index No.: 18 CV 00044**
          <u>**CF File: 16489/122476**</u>

Dear Judge Vitaliano:

    The parties have conferred regarding a proposed briefing schedule for Frontier's motion seeking summary judgment and they respectfully propose the following:

    On or before 8/13/19 Frontier is to serve its motion papers;

    On or before 9/13/19 Plaintiff is to serve her opposition papers;

    On or before 9/27/19 Frontier is to serve its reply papers.

                Respectfully,

                Michael Bojbasa

MB/dzc

cc:    **VIA ECF**
       Eric M. Babat, Esq.
       Okun Oddo & Babat, P.C.
       8 West 38th Street, 10th Floor
       New York, New York 10018

5088347-1