

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700  F 212.262.0050

Michael Bojbasa
Of Counsel
MBOJBASA@CONNELLFOLEY.COM

July 29, 2019

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Janine Linton v. Frontier Airlines, Inc.
Index No.: 18 CV 00044
CF File: 16489/122476

Dear Judge Tiscione:

We represent the Defendant in the referenced action and write on behalf of both parties to advise the Court that the parties have reached an agreement to resolve this matter. Therefore the status conference currently scheduled for this Wednesday, July 31st, is no longer necessary.

While the parties have reached an agreement, they have not yet exchanged the necessary papers to finalize the settlement. In addition, due to the defendant's insurance coverage structure, it will take some weeks to collect and distribute the settlement proceeds. It is respectfully requested that the parties be given sixty days to finalize the settlement and file a Stipulated Order of Dismissal with the Court. Both parties will of course endeavor to finalize the settlement prior to that time. The amount of the settlement is confidential.

Your Honor's consideration of this request is greatly appreciated.

Respectfully,

Michael Bojbasa

MB/dzc

July 29, 2019
Page 2

cc: **VIA ECF**
Eric M. Babat, Esq.
Okun Oddo & Babat, P.C.
8 West 38th Street, 10th Floor
New York, New York 10018

5116156-1