UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JANINE LINTON,

                Plaintiff,

-against-

FRONTIER AIRLINES, INC.

                Defendant.

Docket No.: 18-cv-000044 (ENV)(ST)

STIPULATED ORDER OF DISMISSAL

The Plaintiff, JANINE LINTON, pursuant to Federal Rule of Civil Procedure 41, hereby voluntarily dismisses the action against Defendant, FRONTIER AIRLINES, INC. with prejudice.

Dated: New York, New York
~~August~~ 30, 2019
September

**OKUN ODDO & BABAT, P.C.**

By: _____
ERIC M. BABAT, ESQ.
*Attorneys for Plaintiff*
JANINE LINTON
8 West 38th Street, 10th Floor
New York, New York 10018

**CONNELL FOLEY LLP**

By: _____
MICHAEL J. CROWLEY, ESQ.
MICHAEL BOJBASA, ESQ.
*Attorneys for Defendant*
FRONTIER AIRLINES, INC.
888 Seventh Avenue - 9th Floor
New York, New York 10106

SO ORDERED:

_____
Honorable Eric N. Vitaliano, U.S.D.J.

5137482-1