08/19/2019 1:38 PM FAX ☎0005/0008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JANINE LINTON,

                           Plaintiff,

-against-

FRONTIER AIRLINES, INC.

                           Defendant.

Docket No.: 18-cv-000044 (ENV)(ST)

STIPULATED ORDER OF
DISMISSAL

        The Plaintiff, JANINE LINTON, pursuant to Federal Rule of Civil Procedure 41, hereby voluntarily dismisses the action against Defendant, FRONTIER AIRLINES, INC. with prejudice.

Dated: New York, New York
        ~~August~~ 30, 2019
September

OKUN ODDO & BABAT, P.C.                    CONNELL FOLEY LLP

By:_____                 By:_____
    ERIC M. BABAT, ESQ.                        MICHAEL J. CROWLEY, ESQ.
Attorneys for Plaintiff                        MICHAEL BOJBASA, ESQ.
JANINE LINTON                              Attorneys for Defendant
8 West 38th Street, 10th Floor             FRONTIER AIRLINES, INC.
New York, New York 10018                   888 Seventh Avenue - 9th Floor
                                           New York, New York 10106

SO ORDERED:

        s/ Eric N. Vitaliano
        _____
Honorable Eric N. Vitaliano, U.S.D.J.
Dated: 10/7/2019

51374I2-1   The Clerk is directed
            to close this case